Calvin E. TAYLOR, Appellant,

v.

UNITED STATES of America.

No. 14996.

United States Court of Appeals
Eighth Circuit.

June 8, 1954.

George M. Sullivan and Donald E. Rockne, Blooming Prairie, Minn., for appellant.

George E. MacKinnon, U. S. Atty., St. Paul, Minn., for appellee.

Appeal from District Court dismissed, on motion of appellant. 116 F.Supp. 439.

Harold J. GIBBONS, Appellant,

v.

UNITED STATES of America.

No. 15040.

United States Court of Appeals
Eighth Circuit.

June 30, 1954.

Stanley M. Rosenblum, Mortimer Rosecan, St. Louis, Mo., and Merle L. Silverstein, University City, Mo., for appellant.

Harry Richards, U. S. Atty., St. Louis, Mo., and Max Goldschein, Sp. Asst. to Atty. Gen., for appellee.

Appeal from District Court dismissed, on motion of appellant.

Louis BERRA, Appellant,

v.

UNITED STATES of America.

No. 15039.

United States Court of Appeals
Eighth Circuit.

June 30, 1954.

Stanley M. Rosenblum, Mortimer Rosecan, St. Louis, Mo., and Merle L. Silverstein, University City, Mo., for appellant.

Harry Richards, U. S. Atty., St. Louis, Mo., and Max Goldschein, Sp. Asst. to Atty. Gen., for appellee.

Appeal from District Court dismissed, on motion of appellant.

Opal Henrietta SIMMINGTON,
Appellant,

v.

UNITED STATES of America.

No. 15106.

United States Court of Appeals
Eighth Circuit.

June 30, 1954.

Ben Shaver and Boyd Tackett, Texarkana, Ark., for appellant.

Charles W. Atkinson, U. S. Atty., Fort Smith, Ark., for appellee.

Appeal from District Court dismissed, without taxation of costs in favor of either of the parties, on stipulation of counsel.